DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN E. WALKER,**
Appellant,

v.

**ROBYN WALLACE** f/k/a **ROBYN WALKER,**
Appellee.

No. 4D21-2073

[May 26, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah L. Willis, Judge; L.T. Case No. 50-2021-DR-003146-XXXX-NB.

Stephen E. Walker, Jupiter, pro se.

John F. Schutz of John F. Schutz, P.L., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*